IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     PLAINTIFF | § | |
| | § | |
| VS. | § | C.A. 6:13-CV-00744 |
| | § | JURY |
| GEORGE TOONE AND IN TOONE | § | |
| SERVICES, LLC d/b/a TEXAN RV PARK | § | |
|     DEFENDANT | § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Pursuant to the Court's local rules and the Court's Scheduling Order dated December 6, 2013, Defendants, George Toone and In Toone Services, LLC d/b/a Texan RV Park, now file this Certificate of Interested Persons and state that the following persons, firms, partnerships, corporations, and/or other entities are financially interested in the outcome of this case:

1. United States of America;

2. George Toone

3. In Toone Services, LLC d/b/a Texan RV Park

    Respectfully submitted,

*/s/ Casey S. Erick*
Casey Erick
SBN: 24028564
ERICK & THOMAS, P.C.
4144 N. Central Expressway, Suite 870
Dallas, Texas 75204
214.821.1700 Telephone
214.821.1703 Facsimile
Casey.t2law@sbcglobal.net
Attorneys for Defendants

## CERTIFICATE OF SERVICE

On this the 23rd day of December, 2013, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court Eastern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Casey S. Erick*
Casey S. Erick