IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | CIVIL NO.: 6:13-CV-00744-KNM |
| v. | § § | |
| GEORGE TOONE and IN TOONE SERVICES, LLC d/b/a, TEXAN RV PARK, | § § § § | |
| Defendants. | § § | |
| _____ | | |

## UNITED STATES' NOTICE OF SERVICE OF DISCOVERY

On February 7, 2014, the Plaintiff, United States of America, served its *Initial Disclosures* on the following individuals under Federal Rules of Civil Procedure Rule 26(a)(1), Local Rule CV-26, and this Court's Discovery Order entered on January 8, 2014 (Docket #15):

Casey S. Erick, Esq.
Erick & Thomas, P.C.
4144 N. Central Expressway, Suite 870
Dallas, Texas 75204
*Attorney for Defendants George Toone and In Toone Services, LLC d/b/a Texan RV Park*

Dated: February 7, 2014

                                              Respectfully Submitted,

                                              /s/ *Lori K. Wagner*
                                              By: Lori K. Wagner
                                              Trial Attorney
                                              Virginia Bar No. 39446
                                              United States Department of Justice
                                              Civil Rights Division
                                              Housing & Civil Enforcement Section
                                              950 Pennsylvania Avenue, NW – G St.
                                              Washington, DC 20530
                                              Phone: (202) 305-3107
                                              Facsimile: (202) 514-1116
                                              E-mail: lori.wagner@usdoj.gov