IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
TEXAS TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § Plaintiff § VS. § § GEORGE TOONE and IN TOONE § SERVICES, LLC d/b/a TEXAN RV PARK § § Defendants § | CIVIL NO. 6:13-CV-00744-KNM |

## **DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY**

On February 21, 2014, the Defendants, George Toone and In Toone Services, LLC d/b/a Texan RV Park, served its *Additional Disclosures* on the following individuals under Federal Rules of Civil Procedure Rule 26, Local Rule CV-26, and this Court's Discovery Order entered on January 8, 2014 (Docket #15):

Lori K. Wagner
United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Avenue, NW – G St.
Washington, DC 20530
*Attorney for Plaintiff United States of America*

Dated: February 21, 2014

                                                        Respectfully submitted,

                                                        /s/ *Casey S. Erick*
                                                        SBN: 24028564
                                                        ERICK LAW GROUP
                                                        4144 N. Central Expressway, Suite 870
                                                        Dallas, Texas 75204
                                                        214.821.1700
                                                        214.821.1703 – Facsimile
                                                        Casey@ericklawgroup.com
                                                        Attorney for Defendants.