IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | CIVIL NO.: 6:13-CV-00744-KNM |
| | § | |
| v. | § | |
| | § | |
| GEORGE TOONE and | § | |
| IN TOONE SERVICES, LLC d/b/a, | § | |
| TEXAN RV PARK, | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

## UNITED STATES' NOTICE OF SERVICE OF DISCOVERY

On February 24, 2014, the Plaintiff, United States of America, served its *Additional Disclosures* on the following individuals under Federal Rules of Civil Procedure Rule 26(a)(1), Local Rule CV-26, and this Court's Discovery Order entered on January 8, 2014 (Docket #15):

Casey S. Erick, Esq.
Erick & Thomas, P.C.
4144 N. Central Expressway, Suite 870
Dallas, Texas 75204
*Attorney for Defendants George Toone and In Toone Services, LLC d/b/a Texan RV Park*

Dated:  February 24, 2014

                                                        Respectfully Submitted,

                                                    /s/  *Lori K. Wagner*
                                                    By:  Lori K. Wagner
                                                    Trial Attorney
                                                    Virginia Bar No. 39446
                                                    United States Department of Justice
                                                    Civil Rights Division
                                                    Housing & Civil Enforcement Section
                                                    950 Pennsylvania Avenue, NW – G St.
                                                    Washington, DC  20530
                                                    Phone:        (202) 305-3107
                                                    Facsimile:   (202) 514-1116
                                                    E-mail:  lori.wagner@usdoj.gov