IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | CIVIL NO.: 6:13-CV-00744-KNM |
| v. | § § | |
| GEORGE TOONE and IN TOONE SERVICES, LLC d/b/a, TEXAN RV PARK, | § § § § | |
| Defendants. _____ | § § | |

## UNITED STATES' NOTICE OF SERVICE OF DISCOVERY

On April 25, 2014, the Plaintiff, United States of America, served a *Notice of Deposition of Defendant George Toone* on the following individuals under Federal Rules of Civil Procedure Rule 30, Local Rule CV-30, and this Court's Discovery Order entered on January 8, 2014 (Docket #15):

Casey S. Erick, Esq.
Erick & Thomas, P.C.
4144 N. Central Expressway, Suite 870
Dallas, Texas 75204
*Attorney for Defendants George Toone and In Toone Services, LLC d/b/a Texan RV Park*

Dated:  April 28, 2014

>Respectfully Submitted,
>
>JOCELYN SAMUELS
>Acting Assistant Attorney General
>Civil Rights Division
>
>/s/  *Lori K. Wagner*
>STEVEN H. ROSENBAUM, Chief
>SHINA MAJEED, Deputy Chief
>LORI K. WAGNER, Attorney
>Virginia Bar No. 39446
>JOEL FLAXMAN, Attorney
>United States Department of Justice
>Civil Rights Division
>Housing and Civil Enforcement Section –
>NWB
>950 Pennsylvania Avenue, NW
>Washington, D.C. 20530
>Tel.: 202-305-3107
>Facsimile: 202-514-1116
>E-mail:  lori.wagner@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2014, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants:

Casey S. Erick, Esq.
Erick & Thomas, P.C.
4144 N. Central Exp., Suite 870
Dallas, Texas 75204

/s/  *Lori K. Wagner*